```
1  MARC J. FAGEL (State Bar No. 154425)
   JUDITH L. ANDERSON (State Bar No. 124281)
2  andersonju@sec.gov
   SECURITIES AND EXCHANGE COMMISSION
3  44 Montgomery Street, Suite 2600
   San Francisco, CA  94104
4  Telephone:  (415) 705-2500

5  Attorneys for Plaintiff

6
   MICHAEL J. SHEPARD (State Bar No. 91281)
7  HOWARD S. CARO (State Bar No. 202082
   HELLER EHRMAN LLP
8  333 Bush Street
   San Francisco, California 94104-2878
9  Telephone:  (415) 772-6000
   Facsimile:  (415) 772-6268
10
   Attorneys for Defendant
11 CHARLES W. McCALL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES W. McCALL,<br><br>　　　　　　　Defendant. | Case No.:  C 03-02603 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BY ONE DAY THE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT**<br><br>The Honorable Susan Illston<br>Date:  March 10, 2008<br>Time:  2:00 p.m. |
|---|---|

STIPULATION AND [PROPOSED] ORDER EXTENDING BY ONE DAY THE TIME TO FILE JOINT CASE
MANAGEMENT STATEMENT                                                                                                  CASE NO. C 03-02603 SI

Plaintiff Securities & Exchange Commission and Defendant Charles W. McCall, by and through their respective counsel, hereby stipulate, subject to Court approval, as follows:

1. Whereas the parties' Joint Case Management Statement is due on March 3, 2008;

2. Whereas the parties have worked diligently on an agreed format for the statement but have not yet reached agreement;

3. Whereas the parties expect that more progress can be made on reaching agreement with one additional day of work;

4. Therefore the parties agree and stipulate, subject to Court approval, that the parties may file the Joint Case Management Statement on March 4, 2008.

DATED:  March 3, 2008           Respectfully submitted,

                                HELLER EHRMAN LLP


                                By *Michael J. Shepard*
                                    Michael J. Shepard

                                Attorneys for Defendant
                                CHARLES W. MCCALL


DATED:  March 3, 2008           By *Judith L. Anderson*
                                    Judith L. Anderson

                                Attorneys for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION


I, Michael J. Shepard, attest that Judith L. Anderson has read and approved the STIPULATION AND [PROPOSED] ORDER EXTENDING BY ONE DAY THE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT and consents to its filing in this action.

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT: that the parties may file their Joint Case Management Statement on March 4, 2008.

DATE: March __, 2008

_____
Susan Illston
United States District Court Judge